UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| L.B. BENON FAMILY LIMITED PARTNERSHIP, BENON MARITAL TRUST, HASSON FAMILY TRUST, GREENS FAMILY LIMITED PARTNERSHIP, Individually and on behalf of MERCANTILE BUILDING COUNCIL OF CO-OWNERS, <br><br>　　*Plaintiffs*, <br><br> v. <br><br> N.F. MGT., INC., TEXAS NAME LIMITED, L.P., TEXAS NAME MERCANTILE INVESTMENT LLC, ANUAR NAMÉ YAPUR, JESÚS NAMÉ YAPUR, SIMÓN NAMÉ YAPUR, and MERCANTILE BUILDING COUNCIL OF CO-OWNERS, <br><br>　　*Defendants*. | § § § § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 5:21-cv-01115-XR |

### [PROPOSED] FIFTH AMENDED SCHEDULING ORDER

The Court sets the following amended case management deadlines pursuant to Federal Rule of Civil Procedure 16 and the joint request of the parties. In addition to the schedule set forth below, the Court orders the following: First, discovery will not be stayed during the pendency of any motions to dismiss. Second, in the interest of judicial economy, and because Defendants have agreed to a joint defense while Plaintiffs share a common interest, responsive pleadings and all motion briefing shall be consolidated among all Defendants and among all Plaintiffs. However, the page limits for dispositive motions, responses, and replies shall be thirty, thirty, and fifteen, respectively, Local Court Rule CV-7 notwithstanding.

### I.   PLEADINGS AND DEFENSES BY MOTION

The deadline for motions to amend Plaintiffs' complaint has passed.

The deadline for Defendants to file their answer, which shall include all counterclaims, or their motion to dismiss has passed.

The deadline for Plaintiffs to file their answer or motion to dismiss any counterclaims, or else their response to Defendants' motion to dismiss has passed.

The deadline for Defendants must file their response to Plaintiffs' motion to dismiss Defendants' counterclaims or their reply to Plaintiffs' response to Defendants' motion to dismiss has passed.

The deadline for Plaintiffs to file their Reply to Defendants' response to Plaintiffs' motion to dismiss Defendants' counterclaims has passed.

## II. FACT DISCOVERY

The deadline to serve written discovery requests is **August 12, 2024**.

The deadline to complete fact discovery is **September 10, 2024**.

## III. EXPERT DISCOVERY

The deadline for Plaintiffs to serve their merits expert reports on Defendants, along with all disclosures required by Federal Rule of Civil Procedure 26(a)(2) is **October 1, 2024**.

The deadline for Defendants to serve their merits expert reports on Plaintiffs, along with all disclosures required by Federal Rule of Civil Procedure 26(a)(2) is **October 15, 2024**.

The deadline for Plaintiffs to serve their merits rebuttal expert reports on Defendants is **October 29, 2024**.

The deadline for the completion of all merits expert discovery, including expert depositions, is **November 19, 2024**.

The deadline for filing supplemental reports required under Federal Rule of Civil Procedure 26(e)(2) is **March 11, 2025**. However, Plaintiffs and Defendants shall each notify the other as soon as practicable upon the finalization of changes in information given in an expert's report or deposition testimony to the extent such changes occur after the close of expert discovery and before **March 11, 2025**.

## IV. SUMMARY JUDGMENT AND FRE 702 MOTIONS

The deadline to file any motions for summary judgment or motions to exclude expert testimony under Federal Rule of Evidence 702 is **December 17, 2024**.

The deadline to file any responses to said motions is **January 7, 2025**.

The deadline to file replies to said motions is **January 21, 2025**.

## V. ALTERNATIVE DISPUTE RESOLUTION AND SETTLEMENT

The deadline for the Parties to file a joint alternative dispute resolution report is **February 4, 2025**. *See* Local Court Rule CV-88.

All offers of settlement are to be private, not filed. The parties are ordered to retain the written offers of settlement and response as the Court will use these in assessing attorneys' fees and costs at the conclusion of the proceedings.

The parties must notify the Court within one business day of the full execution of a settlement agreement between the all the parties or between any subset of them.

## VI. PRETRIAL MATTERS

The deadline for the Parties to serve disclosures under Federal Rule of Civil Procedure 26(a)(3) and to make proposed trial exhibits not already in the opposing party's possession available for examination by the opposing party is **March 11, 2025**.

The deadline for the Parties to file their jointly proposed Final Pretrial Order is **March 18, 2025**. The joint proposed Final Pretrial Order must contain the following:

1. a short statement identifying the Court's jurisdiction, including any unresolved jurisdictional questions;
2. a brief statement of the case that the Court could read to the jury panel for an introduction to the facts and parties;
3. a summary of the remaining claims and defenses of each party;
4. a separate statement of undisputed material facts;
5. a separate statement of disputed material facts;
6. a separate statement of undisputed and material legal propositions;
7. a separate statement of disputed and material issues of law;
8. a list of all agreed-upon exhibits expected to be offered at trial;
9. a list of disputed exhibits, objections to which are expected to be resolved at the Final Pretrial Conference;

10. a list of the names and addresses of witnesses who may be called with a brief statement of the nature of their testimony;

11. an estimate of the length of trial;

12. proposed questions for *voir dire*;

13. a proposed jury charge, including instructions, definitions, and special interrogatories, with authority;

14. the signatures of all attorneys; and

15. a place for the date and the signature of the presiding judge.

The deadline to comply with Local Court Rule CV-16f is **March 25, 2025**.

The deadline to file motions *in limine*, to be resolved at the Final Pretrial Conference, is **March 25, 2025**.

The deadline to file objections under Federal Rule of Civil Procedure (26)(a)(3) is **March 25, 2025**.

The deadline to comply with Local Court Rule CV-16g is **April 1, 2025**.

The deadline for the Parties to meet and confer regarding issues raised in motions *in limine* or in the Pretrial Order issued by the Court is **April 1, 2025**.

The deadline for the Parties to exchange, or make available for inspection, demonstrative aids intended for use at trial is **April 1, 2025**.

The Final Pretrial Conference will be held on **April 17, 2025** at 10:30 a.m.

VII. **TRIAL**

The Trial Date is **April 28, 2025,** at 9:00 a.m.

It is so **ORDERED**.

SIGNED 10th day of July, 2024.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE