IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| L.B. BENON FAMILY LIMITED PARTNERSHIP, BENON MARITAL TRUST, HASSON FAMILY TRUST, GREENS FAMILY LIMITED PARTNERSHIP, INDIVIDUALLY AND ON BEHALF OF MERCANTILE BUILDING COUNCIL OF CO-OWNERS, § § § § § § § § § *Plaintiffs,* § § v. § § N.F. MGT, INC., MERCANTILE § MANAGER LLC, TEXAS NAME § LIMITED, L.P.,TEXAS NAME § MERCANTILE INVESTMENT LLC, § TEXAS NAME INVESTMENT § CORPORATION, DELAWARE NAME § INVESTMENT CORPORATION, TEXAS § NAME CORPORATION (CAYMAN § ISLANDS), TEXAS NAME CORPORATION § (BRITISH VIRGIN ISLANDS), TEJAS § FRONTERA LAND COMPANY, TEXAS § NORMANDIE CORP., ANUAR NAME § YAPUR, JESÚS NAME YAPUR, SIMÓN § NAME YAPUR, DANIELA REYNOSO, § MERCANTILE BUILDING COUNCIL § OF CO-OWNERS, AND DOES 1-100 § § *Defendants* § | CIVIL ACTION NO. 5:21-cv-01115-XR<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING UNOPPOSED MOTION FOR
SUBSTITUTION OF PARTY UNDER RULE 25 (A)**

On this date came on to be considered the Suggestion of Death Upon the Record and Unopposed Motion for Substitution of Party Under Rule 25(a) [ECF No. 96] (the "Motion") filed by counsel for Defendant, SIMÓN NAME YAPUR, gives notice and suggests for the record

that Defendant, SIMÓN NAME YAPUR, is deceased. Upon due consideration, the Court finds that the Motion should be **GRANTED** in all respects.

**IT IS THEREFORE ORDERED** that "Anuar Name Yapur, Executor of the Estate of Simón Name Yapur, Deceased" be substituted in place of "Simón Name Yapur" as a Defendant in this action.

It is so **ORDERED**.

**SIGNED** this 21st day of November, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE