IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| L. B. BENON FAMILY LIMITED PARTNERSHIP, BENON MARITAL TRUST, HASSON FAMILY TRUST, GREENS FAMILY LIMITED PARTNERSHIP,<br>*Plaintiffs*<br><br>-vs-<br><br>N.F. MGT., INC., TEXAS NAME MERCANTILE INVESTMENT, LLC, TEXAS NAMED LIMITED, L.P., ANUAR NAME YAPUR, JESUS NAME YAPUR, ANUAR NAME YAPUR, EXECUTOR OF THE ESTATE OF SIMON NAME YAPUR, DECEASED; MERCANTILE BUILDING COUNCIL OF CO-OWNERS, DOES 1-100,<br>*Defendants* | § § § § § § § § § § § § § § § § § § § | SA-21-CV-01115-XR |

## **ORDER**

On this date the Court considered the status of this case.

On July 18, 2025, Plaintiffs filed an Unopposed Motion for Leave to File Fourth Amended Complaint and Motion to Modify the Scheduling order (ECF No. 103). The Fourth Amended Complaint seeks to add a new defendant to the lawsuit.

Plaintiffs' Motion (ECF NO. 103) is **GRANTED**. The Plaintiffs shall file the Fourth Amended Complaint along with a redline comparison against the third amended complaint on or before July 24, 2025.

It is **FURTHER ORDERED** that the Sixth Amended Scheduling Order (ECF No. 101) is **VACATED.** At such time as an answer or response is filed by the new defendant, all parties shall confer to submit an amended scheduling order. Further, the Court finds this case is appropriate for administrative closure pending an answer or response of the new defendants. *See Mire v. Full*

*Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2014) ("District courts frequently make use of this device to remove from their pending cases suits which are temporarily active elsewhere (such as before an arbitration panel) or stayed (such as where a bankruptcy is pending). The effect of an administrative closure is no different from a simple stay . . . .").

The Clerk's office is therefore **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request or on the Court's own motion. Parties may continue to file motions and documents in the case.

It is so **ORDERED**.

**SIGNED** this 21st day of July, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE