UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| L.B. BENON FAMILY LIMITED PARTNERSHIP, BENON MARITAL TRUST, HASSON FAMILY TRUST, GREENS FAMILY LIMITED PARTNERSHIP, INDIVIDUALLY AND ON BEHALF OF MERCANTILE BUILDING COUNCIL OF CO-OWNERS,<br><br>　　　　*Plaintiffs*,<br><br>　v.<br><br>N.F. MGT., INC., MERCANTILE MANAGER LLC, TEXAS NAME LIMITED, L.P., TEXAS NAME MERCANTILE INVESTMENT LLC, TEXAS NAME INVESTMENT CORPORATION, DELAWARE NAME INVESTMENT CORPORATION, TEXAS NAME CORPORATION (CAYMAN ISALNDS), TEXAS NAME CORPORATION (BRITISH VIRGIN ISLANDS), TEJAS FRONTERA LAND COMPANY, TEXAS NORMANDIE INVESTMENT CORPORATION, TX NORMANDIE CORP., ANUAR NAME YAPUR, JESÚS NAME YAPUR, SIMÓN NAME YAPUR, DANIELA REYNOSO, MERCANTILE BUILDING COUNCIL OF CO-OWNERS, WELLS FARGO BANK, N.A., and DOES 1–100,<br><br>　　　　*Defendants*. | **CIVIL ACTION NO. 5:21-cv-01115-XR**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS' MOTION TO WITHDRAW MIKAL C. WATTS AS COUNSEL OF RECORD

Counsel for Plaintiffs respectfully request this Court enter an order allowing Mikal C. Watts to withdraw as counsel of record for Plaintiffs. In support of this Motion, counsel for Plaintiffs state as follows:

1. Mikal C. Watts is no longer with the firm Watts Guerra LLP (now Guerra LLP) and should be removed as counsel of record for Plaintiffs.

2. Plaintiff will continue to be represented by Francisco Guerra, IV, Michael Montaño, Lance P. Kimbro, and Rylee Estes of Guerra LLP, who have entered an appearance on their behalf in this matter. Guerra LLP's office address is 875 East Ashby Place, Suite 1200, San Antonio, Texas 78212.

WHEREFORE, premises considered, counsel for Plaintiffs respectfully request that this Court grant Plaintiffs' Motion to Withdraw Mikal C. Watts as Counsel of Record.

Respectfully Submitted,

/s/ Francisco Guerra, IV
Francisco Guerra, IV
(Tex. Bar No. 00796684)
fguerra@guerrallp.com
Michael Montaño
(Tex. Bar No. 282419)
mmontano@guerrallp.com
Lance P. Kimbro
(Tex. Bar No. 24124799)
lkimbro@guerrallp.com
Rylee Estes
(Tex. Bar No. 24143435)
restes@guerrallp.com
**GUERRA LLP**
875 East Ashby Place, Suite 1200
San Antonio, Texas 78212
(210) 447-0500 t
(210) 447-0501 f

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of this document in accordance with the Federal Rules of Civil Procedures via the Court's CM/ECF system on October 8, 2025.

/s/ *Francisco Guerra, IV*
Francisco Guerra, IV